AO 91 (Rev. 5/85) Criminal Complaint  ⊕

# United States District Court

FILED

MAY 0 8 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ MB
DEPUTY CLERK

_____WESTERN_____ DISTRICT OF _____TEXAS_____

UNITED STATES OF AMERICA
V.
Michael Julian ALEJOS

## CRIMINAL COMPLAINT

CASE NUMBER: DR09-4554M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or _about May 06, 2009_ in _Maverick_ County, in the

_Western_ District of _Texas_ defendant(s) did, (Track Statutory Language of Offense)

UNLAWFULLY, KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY 185.88 GROSS KILOGRAMS OF MARIJUANA, A SCHEDULE I CONTROLLED SUBSTANCE.

in violation of Title ____21____ United States Code, ____841 (a) (1)____

I further state that I am a(n) ____Special Agent____ and that this complaint is based on the following
                                    Official Title
facts:
SEE ATTACHMENT

Continued on the attached sheet and made a part          ☒ Yes    ☐ No

SA Paul Bock
Signature of Complainant

Sworn to before me, and subscribed in my presence,

May 08, 2009                                              at Del Rio, Texas
Date                                                     City and State

Dennis G. Green,    U.S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

## Attachment A

On 05-06-2009, at approximately 2:02PM, US Border Patrol Agents received a report from an eye witness who observed people loading bags into a gray mini-van near Eagle Pass, Texas, within Maverick County. Agents responded to the area and found a gray mini-van, parked in the immediate area. As Agents initiated a traffic stop of the mini-van, Michael Julian ALEJO, A US Citizen, exited the vehicle and began to walk away from the van. The Agent spoke to ALEJO and noted that he was very nervous and sweating profusely. The Agent also observed green paint flakes on ALEJOS' arms and wrists. Border Patrol Agents know these flakes to be consistent with the handling of painted, burlap/sugar sacks commonly used to smuggle narcotics. The Agent also noted that there was grass and leaves on the shirt ALEJOS was wearing. ALEJOS initially denied any connection to the mini-van. ALEJOS admitted that the van belonged to his grandmother once the Agent told him that he observed exit the van. As the Agent was taking measures to secure ALEJO for Officer Safety reasons and further investigation, he observed several large bundles, consistent with that of narcotics smuggling, lying inside the mini-van, in plain view. ALEJO was placed under arrest and advised of his rights as per Miranda. ALEJO, the van and the marijuana were transported to the U.S. Border Patrol-Eagle Pass Station for processing. The marijuana weighed approximately 185.8 gross kilograms and field tested positive for the characteristics of marijuana. ALEJO made a post-Miranda statement admitting that he had arranged to transport the marijuana for monetary gain.

Signature of Complainant _____

SA Paul Bock
DEA-Special Agent

Sworn to before me, and subscribed in my presence, May 08, 2009, at Del Rio, Texas.

_____

Dennis G. Green
U.S. Magistrate Judge